IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL DOCKET NO.: 3:09CV415-V

| | |
|---|---|
| DARRYL EL,<br>    Plaintiff,<br><br>vs.<br><br>MAX DAETWYLER CORP.,<br>DON BERGHOLZ, and<br>WALTER SIEGENTHALER,<br>    Defendants. | )<br>)<br>)<br>)    **O R D E R**<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER** comes before the Court on Defendants' Motion To Dismiss and Memorandum In Support, filed November 10, 2009 (Documents ##8, 9) To date, Plaintiff has not responded or taken any other action in an effort to prosecute his claims.

**IT IS, THEREFORE, ORDERED** that Plaintiff has twenty (20) days to **RESPOND** to Defendants' motion to dismiss. **FAILURE TO RESPOND MAY RESULT IN SUMMARY DISMISSAL OF PLAINTIFF'S CLAIMS.**

Signed: July 27, 2010

Richard L. Voorhees
United States District Judge

**Signed: June 3, 2005**

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge