# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Darryl El ,

    Plaintiff(s),

vs.

Max Daetwyler Corp., et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09-cv-415

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 9, 2011 Order.

Signed: May 9, 2011

Frank G. Johns, Clerk
United States District Court